The Honorable Paul B. Snyder
Hearing date: May 7, 2015
Hearing time: 9:00 a.m.
Response date: April 30, 2015
Chapter 7
Location: Tacoma

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>NORMAN and KAY GOODALE,<br><br>Debtors. | No. 14-46769<br><br>RESPONSE AND OBJECTION TO MOTION FOR RELIEF FROM STAY |

COMES NOW the Trustee, Kathryn A. Ellis, and in response to the Motion for Relief from Stay states as follows:

1. Among the assets of the bankruptcy estate is the debtors' interest in certain real property located at 106 Van Trump Ave NE, Yelm, WA. The debtors have not indicated they wish to retain the property, and accordingly the Trustee has listed the property for sale.

2. The motion of Christiana Trust states that "A foreclosure proceeding may have commenced, details of which were not available at the time this Motion was filed". Presumably, this reference to a potential foreclosure proceeding is intended to constitute compliance with Local Rule 4001-1 (c). However, that Local Rule expressly requires the moving party to state "the status of any pending foreclosure or action or matter for which relief from stay is sought". A statement that a foreclosure proceeding may or may not have been commenced, or pending, is not compliance with that Local Rule.

Moreover, it is wholly unexplained why the holder of a note and Deed of Trust would be unaware of whether it had commenced such a procedure, or why its servicer would be unaware.

**RESPONSE AND OBJECTION TO MOTION
FOR RELIEF FROM STAY- 1**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002

3. For the failure to comply with Local Rule 4001-1 (c), the motion should be denied.

DATED this 30th day of April, 2015.

        /s/ Kathryn A. Ellis
        Kathryn A. Ellis, Trustee

C:\Shared\KAE\Dox\TRUSTEE\Goodale\RFS_resp.wpd

**RESPONSE AND OBJECTION TO MOTION FOR RELIEF FROM STAY- 2**

KATHRYN A. ELLIS, ESQ.
600 Stewart St
Suite 1300
Seattle, WA 98101
(206) 682-5002